# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMANDA BIRDSHEAD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.: :4:19-cv-00011-CVE-FHM** |
| **vs.** | ) |
| | ) |
| | ) |
| **SUMMIT RECEIVABLES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## <u>MOTION FOR ENTRY OF DEFAULT BY THE CLERK</u>

**COMES NOW,** that Plaintiff, AMANDA BIRDSHEAD, by and through her attorneys, hereby moves pursuant to LCvR55.1(a) that this Honorable Clerk of this Court make an Entry of Default against Defendant, SUMMIT RECEIVABLES, LLC, as Defendant has failed to timely answer or otherwise defend itself from Plaintiff's Complaint and in support thereof, states as follows:

1.      This action was commenced on January 7, 2019 when Plaintiff filed a Complaint against Defendant Summit Receivables, LLC.   See Document Entry No. 2.  The summons and complaint were served on the Defendant on January 18, 2019.  See Document Entry No. 4. The summons and complaint were also served on the Defendant's registered agent, Corporation Services Company, on March 8, 2019. See Document Entry No. 6.

2.      More than twenty-one (21) days have elapsed since the date on which service of the Summons and Complaint was effective.

3.      Neither Plaintiff, nor the Court, has granted any Defendant any extension of time to respond to the Complaint.

4.      Defendant Summit Receivables, LLC has failed to answer or otherwise respond to the Complaint or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

5.      Defendant Summit Receivables, LLC is a corporation, and thus is not an infant, in the military, or an incompetent person.

**WHEREFORE**, the Plaintiff respectfully requests that default be entered against Defendant Summit Receivables, LLC.

Dated: May 16, 2019

Respectfully Submitted,

s/ Haley Simmoneau_____
Haley Simmoneau, OBA 30253
Haley@arieslawfirm.com

Aries Law Firm, PLLC
4401 NW 4th Street, Suite 109
Oklahoma City, OK 73107
(Tel): (405) 316-8033
(Facs.): (405) 217-0324
*Attorney for Plaintiff Amanda Birdshead*

## CERTIFICATE OF SERIVCE

I hereby certify that on May 16, 2019 the Motion for Entry of Default by the Clerk was served on Defendant SUMMIT RECEIVABLES, LLC via Certified Mail to the following addresses:

40 Technology Parkway South #300
Norcross, GA, 30092

1291 Galleria Dr., Suite 170
Henderson NV 89014

s/ Haley Simmoneau_____